*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1.  Name(s) of appellant(s): Ebury Street Capital, LLC, EB 1EMIALA, LLC EB 2EMIALA, LLC, Ebury Fund 1, LP, Ebury Fund 2, LP, Red Clover 1, LLC, Ebury RE, LLC, Ebury 1EMI, LLC, Ebury 2EMI, LLC, EB 2EMIMD, LLC, EB 1EMINJ, LLC, EB 1 EMINY, LLC, EB 2EMINY, LLC, Ebury Fund 1 NJ, LLC, RE 1EMI, LLC, RE 2EMI, LLC, Greater Flamingo, LLC

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    For appeals in an adversary proceeding.
    - ❑ Plaintiff
    - ❑ Defendant
    - ❑ Other (describe) _____

    For appeals in a bankruptcy case and not in an adversary proceeding.
    - ☒ Debtor
    - ❑ Creditor
    - ❑ Trustee
    - ❑ Other (describe) _____

## Part 2: Identify the subject of this appeal

1.  Describe the judgment—or the appealable order or decree—from which the appeal is taken:
    __Dismissal of cases__ _____

2.  State the date on which the judgment—or the appealable order or decree—was entered:
    __January 21, 2025__ _____

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party:                          Attorney:
    Bankruptcy Administrator        Mrs. Britt B. Griggs
                                    U.S. Bankruptcy Administrator – ALM
                                    One Church Street
                                    Montgomery, AL 36104
                                    (334) 954-3908

2.  Party:                          Attorney:

Case 24-10508   Doc 7   Filed 02/04/25   Entered 02/04/25 16:58:59   Desc Main
Document       Page 1 of 2

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

&#10017; Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/Richard Scott Williams
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 2/4/25

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

Richard Scott Williams
2001 Park Place Suite 1300
Birmingham, AL 35203
205-572-4926

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]